July 3, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00101-CV

MIKE MORATH, IN HIS OFFICIAL CAPACITY AS THE COMMISSIONER OF EDUCATION, Appellant

V.

PECOS-BARSTOW-TOYAH INDEPENDENT SCHOOL DISTRICT, ET AL., Appellees[1]

This cause, an appeal from the judgment in favor of appellees, signed September 18, 2024, was heard on the appellate record. We have inspected the record and find reversible error. We therefore order the judgment of the court

---

[1] The other appellees are: Athens Independent School District, Beeville Independent School District, Ben Bolt Independent School District, Brownsville Independent School District, Canutillo Independent School District, Connally Independent School District, Crandall Independent School District, Crane Independent School District, Crowley Independent School District, Forney Independent School District, Fort Stockton Independent School District, Hays Independent School District, Hearne Independent School District, Hereford Independent School District, Jarrell Independent School District, Karnes City Independent School District, Kingsville Independent School District, Lasara Independent School District, Lockhart Independent School District, Manor Independent School District, Mansfield Independent School District, Nacogdoches Independent School District, Plainview Independent School District, Plano Independent School District, Quinlan Independent School District, Red Oak Independent School District, Splendora Independent School District, Sweetwater Independent School District, Temple Independent School District, Terrell Independent School District, Westwood Independent School District, and Wills Point Independent School District.

below **REVERSED** and **RENDER** judgment dismissing all claims against appellant.

We further order that all costs incurred by reason of this appeal be paid by appellees, Pecos-Barstow-Toyah Independent School District, et al.[2]

We further order this decision certified below for observance.

Judgment Rendered July 3, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Chief Justice Brister.
Concurring and Dissenting Opinion by Chief Justice Farris.

---

[2] The other appellees are: Athens Independent School District, Beeville Independent School District, Ben Bolt Independent School District, Brownsville Independent School District, Canutillo Independent School District, Connally Independent School District, Crandall Independent School District, Crane Independent School District, Crowley Independent School District, Forney Independent School District, Fort Stockton Independent School District, Hays Independent School District, Hearne Independent School District, Hereford Independent School District, Jarrell Independent School District, Karnes City Independent School District, Kingsville Independent School District, Lasara Independent School District, Lockhart Independent School District, Manor Independent School District, Mansfield Independent School District, Nacogdoches Independent School District, Plainview Independent School District, Plano Independent School District, Quinlan Independent School District, Red Oak Independent School District, Splendora Independent School District, Sweetwater Independent School District, Temple Independent School District, Terrell Independent School District, Westwood Independent School District, and Wills Point Independent School District.